IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                          )
      Richard L. Jones             )
      Linda K. Jones               )
                                        )     Case No.  02-31365JWV-7

## MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW Patricia A. Brown, Trustee in Bankruptcy for Richard L. and Linda K Jones, files this Motion to Transfer Funds to Court Registry. In support there of the Trustee states:

1. Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

2. The Trustee made her final distribution in the above- referenced bankruptcy estate pursuant to the Court's Order Approving her Final Report entered on July 1, 2010

3. Dividend checks were issued on July 7, 2010 and forwarded to claimants.

4. The Trustee has funds for the creditor Sears in the amount of $152.79. The Trustee sent the funds to the creditor at the last known address. The check # 102 has not been presented for payment. When the creditor was contacted through the telephone number on the claim submitted, creditor was unable to locate any information for this debtor or the estate check. The these funds remain in the bankruptcy estate account.

Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

                                                          /s/ Patricia A. Brown
                                                          Patricia A. Brown, Trustee
                                                          1857 W. Dogwood Drive
                                                          Joplin, Missouri 64801
                                                          417-206-8358

## CERTIFICATE OF SERVICE

A copy of the above and foregoing was serviced by mailing copies first class, postage prepaid and/ or by electronic notice on October 27, 2010, to debtor (s), debtor's attorney, the United States Trustee and interested parties requesting notice.

                                                          /s/ Patricia A. Brown, Trustee